716 A.2d 532

IN THE MATTER OF JEFFREY P. CILLO,
AN ATTORNEY AT LAW.

September 14, 1998.

## ORDER

The Disciplinary Review Board on July 21, 1998, having filed with the Court its decision concluding that **JEFFREY P. CILLO** of **UNION**, who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of one year for violating *RPC* 3.3(a)(1) and (2) (false statement of material fact and failure to disclose a material fact to a tribunal), *RPC* 3.5(b) (*ex parte* communication with a judge), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JEFFREY P. CILLO** is hereby suspended from the practice of law for a period of one year, and until further Order of the Court, effective October 7, 1998; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.